# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

128780
(64)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RICHARD G. SMITH, JR.,
      Plaintiff-Appellant,

v

DOUGLAS C. SMITH, Individually, as Trustee,
and as Personal Representative of the Estate of
Joyce Smith, SARAH J. SMITH-LUBARSKY,
CARL H. SMITH, III, ESTATE OF RICHARD
G. SMITH, SR., RICHARD G. SMITH
REVOCABLE TRUST, JOYCE SMITH
REVOCABLE TRUST, THRUSHWOOD-
SMITH FAMILY JOINT TRUST, WEE
HOUSE-SMITH FAMILY JOINT TRUST,
ALBERT C. HICKS, and SMITH & BROOKER,
P.C.,
      Defendants-Appellees.

SC: 128780
COA: 251773
Bay CC: 03-003286-CZ

_____/

On order of the Court, the motion for reconsideration of this Court's order of December 27, 2005 is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

CAVANAGH, J., not participating.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

Clerk